# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET PILLON,<br><br>    Plaintiff,<br><br>v.<br><br>KLICKITAT COUNTY HEALTH DEPARTMENT, CARLA DIONNE, and KLICKITAT COUNTY,<br><br>    Defendants. | NO. 1:19-CV-3042-TOR<br><br>ORDER ADOPTING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Stipulated Motion for Protective Order (ECF No. 19). The Court has reviewed the file and stipulation, and is fully informed. For good cause shown, the Court accepts the Parties' Stipulation.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Protective Order (ECF No. 19) is hereby **ADOPTED** as the Court's Order.

2. Pursuant to the Parties' Stipulation and Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the

ORDER ADOPTING STIPULATED PROTECTIVE ORDER ~ 1

purposes of this proceeding or any other proceeding in any other court, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** October 30, 2019.



                    THOMAS O. RICE
                Chief United States District Judge