UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET PILLON,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KLICKITAT COUNTY HEALTH DEPARTMENT, KLICKITAT COUNTY, and CARLA DIONNE,<br>　　　　　　　　　Defendants. | NO: 1:19-CV-3042-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Order for Voluntary Dismissal with Prejudice (ECF No. 30). The stipulation was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for dismissal of all claims with prejudice and without costs to all parties. Rule 41(a)(1)(A)(ii) provides for dismissal of an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this action are **DISMISSED** with prejudice, and without costs to all parties.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED November 4, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2